Laura Marquez-Garrett, SBN 221542
laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Attorneys for Plaintiffs

[*Additional counsel appear on signature page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| M.S. on behalf of B.G.,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC; YOUTUBE, LLC; ROBLOX CORPORATION; DISCORD INC.,<br><br>Defendants. | Case No. MDL 3047-YGR<br><br>SUPPORTING ALLEGATIONS RE: DEFENDANTS ROBLOX CORPORATION AND DISCORD INC. |

**A.     The Additional Parties, Jurisdiction, and Venue**

1.     Defendant Roblox Corporation is a Delaware corporation with its principal place of business in San Mateo, CA. Defendant Roblox owns and operates the Roblox social media platform, an application that is widely available to users throughout the United States.

2.     At all times relevant hereto, Defendant Roblox Corporation was acting by and through its employees, servants, agents, workmen, and/or staff, all of whom were acting within the course and scope of their employment, for and on behalf of Roblox Corporation.

3.     Defendant Discord Inc. is a Delaware corporation with its principal place of business in San Francisco, CA. Defendant Discord owns and operates the Discord social media platform, an application that is widely available to users throughout the United States.

4.     At all times relevant hereto, Defendant Discord Inc. was acting by and through its

employees, servants, agents, workmen, and/or staff, all of whom were acting within the course and scope of their employment, for and on behalf of Discord Inc.

**B.     Roblox and its Roblox Product**

5.      Roblox owns, promotes, distributes and operates Roblox.  Roblox was launched in 2006 and is a product described by Roblox as "a human co-experience platform."

6.      The Roblox product includes features that allow users to "interact with each other to explore and develop immersive, user generated, 3D experiences", including "experiences" that take the form of games created by users (anything from a simulation of running a virtual restaurant to adopting a pet).

7.      The Roblox product is marketed to and designed to appeal to children, primarily children under the age of 13. For example, the overall look and feel of Roblox—described as "roughly hewn, blocky aesthetics and ugly text"—is "off-putting to adults." [1] But the style of Roblox and its "game" features are appealing to young children. Indeed, "children loved the fact Roblox offered access to an endless stream of new and free experiences—a kind of YouTube for video games."[2]

8.      Roblox is one of the most popular online products among American teens and children. "A December 2017 study by Comscore reported that kids between the ages of 5 and 9 spend more time using the Roblox product than doing anything else online on PCs.  For those between the ages of 9 and 18, only YouTube consumes more of their online attention.[3] As of 2020, about 75% of American children ages 9 through 12" regularly uses Roblox, according to the company.[4] During the pandemic, kids' use of Roblox escalated.  Indeed, by July 2020, users spent

---

[1] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, available at https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour ("Roblox was built as a playful method of teaching children the rudiments of game-making").
[2] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, available at https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour ("Roblox was built as a playful method of teaching children the rudiments of game-making").
[3] *See, e.g.*, Burt Helm, *Sex, lies, and video games: Inside Roblox's war on porn*, Fast Company, Aug. 19, 2020, available at https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war-on-porn; https://www.businessofapps.com/data/roblox-statistics/ ("Roblox highest demographic is children under 13 and it was the most popular entertainment app for that age group").
[4] Shannon Liao, *How Roblox became the 'it' game for tweens—and a massive business*, CNN Business, Oct. 29, 2020, https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html

3 billion hours on Roblox, twice as much time as in February 2020."[5]

9. Roblox also marketed its product as educational and encouraged integration of its product into several kid-focused organizations and activities. For example, "Schools, camps, Girl Scout troops and many other organizations use Roblox to teach kids coding. And it has become a quasi-social-network for children."[6]

10. Roblox generates the bulk of its revenue by selling its users in-game currency, called "Robux," which users can then spend on virtual items for their avatars.[7] Roblox reports that only a small portion of users purchase Robux. On information and belief, a substantial number of such users are adults, some of who use Robux to entice and exploit child users.

11. Because Robux sales are key to the product's revenue, Roblox is disincentivized to alter the product design and operation to prevent dangerous, exploitative and injurious adult-child interactions using the Roblox product. Indeed, Roblox reported in its recent Form 10-Q that it relies on developers to develop product offerings that encourage use of the Robux feature.[8]

12. Plaintiff was under 13 when he began using the Roblox product and his parents (like millions of other parents) were led by Roblox to understand that Roblox is a children's product that purportedly was safe and appropriate for children under the age of 13 to use.

13. For example, Roblox represents that it uses advanced technologies to, "identify problematic language, potential bypasses to our chat filters, and content that falls outside our policies" and "review and monitor communications that flow through Roblox to block and protect users from inappropriate behavior, such as questions about personal information and instructions on how to connect on less protective third-party chat applications."[9]

14. Roblox also represents that the "The algorithms in our chat filters are age-sensitive:

---

[5] Shannon Liao, *How Roblox became the 'it' game for tweens—and a massive business*, CNN Business, Oct. 29, 2020, https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html
[6] *Id*.
[7] *See* Roblox Corporation, Form 10-Q, March 31, 2022, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001315098/ea0f0408-7ea4-48f8-a127-fef1fdb69aa3.pdf, at 59.
[8] *See* Roblox Corporation, Form 10-Q, March 31, 2022, *available at* https://d18rn0p25nwr6d.cloudfront.net/CIK-0001315098/ea0f0408-7ea4-48f8-a127-fef1fdb69aa3.pdf, at 15.
[9] *See* Roblox Corporation, Form 10-K, for the fiscal year ended December 31, 2022, *available at* https://www.sec.gov/Archives/edgar/data/1315098/000131509823000035/rblx-20221231.htm, at 59.

they monitor both what users can say and see based on their ages."[10]

15. Roblox CEO and Co-Founder, David Baszucki has made public assurances that safety allegedly lies at the core of everything the company has built. It was, he said, "what everything rests on," and he who monitor use of the product and manually check anything activity flagged as inappropriate and escalate incidents of suspected grooming.[11]

16. Baszucki also has touted Roblox's "stringent safety system," calling it "one of the most rigorous of any platform, going well beyond regulatory requirements."[12]

17. Notably, however, Roblox's director of community safety and digital civility is reported as having stated that "You can't retrofit safety," indicating that Roblox was aware of the dangers of its product and the harm it already had caused.[13]

18. Roblox also touts the fact that it employs hundreds of "moderators" globally to actively review and address harmful and/or inappropriate content, for the specific purpose of keeping its underage users safe. For example, in 2020. Roblox reported that it has "a team of 1,600 moderators who monitor the platform for inappropriate content and conduct safety reviews of all images, audio and video files using humans and machine scanning."[14] Likewise, in November 2021, Roblox CEO and Co-Founder, David Baszucki, represented that Roblox employs more than 2,000 moderators around the world.[15]

19. On information and belief, Roblox knew or should have known of certain defects and/or inherently dangerous features in its Roblox product, which Roblox designed, promoted, operated, and distributed to the mass, public market (targeting children), and which Roblox could have designed, distributed, promoted and operated safely and in a responsible manner with a reasonable investment of time and capital. Roblox chose not to use safer designs and policies and

---

[10] Roblox Corporation 2021 Annual Report and 2022 Proxy Statement, May 26, 2022, *available at* https://s27.q4cdn.com/984876518/files/doc_financials/2021/ar/Roblox_Proxy-and-Annual-Report_Web-Ready_Bookmarked-(1).pdf , at 16 (pdf page 83).
[11] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, *available at* https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour
[12] *Id.*
[13] *Id.*
[14] Shannon Liao, *How Roblox became the 'it' game for tweens—and a massive business*, CNN Business, Oct. 29, 2020, https://www.cnn.com/2020/10/27/tech/roblox-explainer/index.html.
[15] Simon Parkin, *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, *available at* https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour.

chose not to provide robust, accurate warnings about the dangers its product posed to child users. On information and belief, Roblox made those choices, at least in part, because it believed such changes might curb the explosive growth in use of the product (by number of users, amount of time users spent with the product, and level of engagement with the product) and also might curb revenues generated for Roblox by the Roblox product.

20. At all times relevant, while Roblox was designed for, promoted for and to, and distributed to children, like Plaintiff, Roblox also designed product features that provided adults with unfettered and obviously dangerous access to children, such as the Roblox direct and/or instant messaging ("direct messaging") feature, as well as features that allow children to receive Robux currency from complete strangers. Roblox knows the age of its users and, during the time frame at issue, failed to take reasonable steps to protect the children it targeted as its main product users and also failed to adequately warn parents and children of the dangers of these product features.

21. In other words, in a product designed for, targeted at, and promoted as safe for children, Roblox created and deployed product features that literally allow adult strangers to talk to and connect with kids and offer them (virtual) money. And Roblox did so in the face of the known risk—and known actual occurrence—of adults using the Roblox product to find and then exploit child users—while those adult users also paid Roblox for Robux.[16]

22. Minor users like Plaintiff lack the cognitive ability and life experience to identify online grooming behavior by prurient adults and the psychosocial maturity to decline invitations to exchange salacious material and mass-messaging capabilities. At all times relevant, Roblox allowed direct messaging with and by minors without parental notification.

23. At all times relevant, Roblox could have taken reasonable steps (with relatively nominal investment of expense and time) to better protect their child users generally and Plaintiff, including, for example, (a) not allowing use of its direct messaging product between minor users

---

[16] *See, e.g.,* "*Roblox: 'I thought he was playing an innocent game,'*" BBC, May 30, 2019, *available at* https://www.bbc.com/news/technology-48450604; "*The hidden dangers in Roblox,*" KIDAS, May 26, 2021, *available at* https://getkidas.com/the-hidden-dangers-in-roblox/; *The trouble with Roblox, the video game empire built on child labour*, The Guardian, Jan. 9, 2022, *available at* https://www.theguardian.com/games/2022/jan/09/the-trouble-with-roblox-the-video-game-empire-built-on-child-labour (former Roblox moderator discussing grooming and harassment that occurred to her by adults she met on Roblox as a child).

and adult users (including employing robust age verification mechanisms and/or preventing minor users from direct messaging any users without verifiable parental consent), (b) not allowing adult users to initiate messaging with minors or to message with minors at all, unless such contact is approved by the minor user's parent, (c) by warning parents of the direct messaging product feature and of Roblox's failures to create the safe environment it promised, (d) notifying parents every time their minor child engaged in direct messaging with another user (particularly an adult user), and/or by providing a transcript of all direct message to parents, (e) verifying age and identity (as well as parental approval) in order to block access to child users by adult users unknown to them in real life, and (f) requiring identification and contact information, as well as an exchange of emails, between users and minor user parents before any contact is allowed.

24. Moreover, direct messaging and "Robux" features are not necessary to operation of the Roblox product, nor to creation of a reasonably safe, "social" platform appropriate for children.

C. **Discord and its Discord Product**

25. Discord is an on-line social media product that was launched in 2015. The product includes a number of features that allow users to set up accounts and communicate with other product users through group and private means, including video calls, text messaging, and exchange of photos and videos. https://en.wikipedia.org/wiki/Discord.

26. In theory, Discord's terms of use prohibit users under 13. However, Discord does not verify user age or identity. Moreover, Discord has long been on notice that children 13 and younger use the product—and that adults preying on children do too.[17] Discord is aware and it is commonly known and understood that nobody follows that rule and that Discord allows children 13 and younger to use its social media product. Children as young as eight years old currently using the Discord social media product. *See* Kellen Browning, *5 Ways Young People Are Using Discord*, N.Y. Times, Dec. 29, 2021.

27. Discord could enforce its supposed policy of prohibiting children 13 or younger if it wanted to. Among other things, minor users often state their real age in their bio and/or tell other

---

[17] *See, e.g.*, Nellie Bowles and Michael Keller, *Video Games and Online Chats Are 'Hunting Grounds' for Sexual Predators*, N.Y. Times, Dec. 7. 2019, *available at* https://www.nytimes.com/interactive/2019/12/07/us/video-games-child-sex-abuse.html.

users their real age in group and private chats using one or more Discord product features. Likewise, minor users post photos that often reflect their actual age.

28. Discord's product features also create an unreasonable opportunity for and risk of sexual exploitation of kids. By default, all product users—including users under 18—can receive friend invitations from anyone in the same server, which opens the ability for them to send and receive private messages from strangers. Samantha Murphy Kelly, *The dark side of Discord for teens*, CNN Business, Mar. 22, 2022, https://www.cnn.com/2022/03/22/tech/discord-teens/index.html.

29. Minor users like Plaintiff lack the cognitive ability and life experience to identify online grooming behavior by prurient adults and the psychosocial maturity to decline invitations to exchange salacious material and mass-messaging capabilities. At all times relevant, Discord allowed direct messaging with and by minors without parental notification.

30. Discord has designed and operates its product in such a way that it also allows people to chat using fake names and the task of enforcing community standards is largely delegated to the organizers of individual Discord "servers." Kellen Browning, *How Discord, Born From an Obscure Game, Became a Social Hub for Young People*, N.Y. Times, Dec. 29, 2021, *available at* https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html. "Server" is the used to describe a key feature of the Discord product that allow users (including, as described above, underage users) to connect, exchange photo and video files, and user Discord's audio and video communication features.

31. The Discord product generates revenue for Discord through subscription fees that gives users access to features like custom emojis for $5 or $10 per month. Discord also began experimenting in December 2021 with a new feature that allow some users to charge for access to their server, up to $100 a month, of which the company takes a 10 percent cut. Kellen Browning, *How Discord, Born From an Obscure Game, Became a Social Hub for Young People*, N.Y. Times, Dec. 29, 2021, *available at* https://www.nytimes.com/2021/12/29/business/discord-server-social-media.html.

32. Discord is well aware that users can and do use Discord in ways that pose risks of harm, abuse and exploitation, including using Discord to initiate and engage in explicit sexual

conduct. Discord currently and/or previously provided false assurances that users (including minor users) can turn on feature to "keep [them] safe." Discovery will be required as to the time periods at issue, however, on information and belief, at some point in the relevant time period, the Discord support page represented its "Safe Direct Messaging" feature as follows:

> <u>Keep me safe</u>: The safest option. This will have Discord scan any image sent in all DMs, regardless of whether you've added the user on your friend list, or the user is DMing you just by sharing a mutual server.
>
> <u>My friends are nice</u>: The medium-est option! This will let Discord know to scan any images sent in DMs from users that aren't on your friends list, but also to trust your previously-added friends and not worry about any images they send.
>
> <u>Do not scan</u>: The self-confident option. Enabling this option will completely disable Discord's image scanning process, and leave you for a walk on the wild side for any and all DMs you receive. Careful, it's a jungle out there!

Discord Safety: Safe Messaging!, https://support.discord.com/hc/en-us/articles/115000068672-Discord-Safety-Safe-Messaging- The representations that Discord will "scan" images and provide "Safe Messaging!" reasonably would lead minor users to believe that Discord will scan for and block sexually explicit materials, including materials used to groom and/or blackmail users, and otherwise "keep [the user] safe."

33. As a threshold matter, Discord's direct messaging and "Safe Direct Messaging" product features are inherently defective and/or dangerous for minor users because Discord should not be presenting less-safe product options ("My friends are nice" and "Do not scan") to users under 18 without their parents' knowledge and consent.

34. Moreover, Discord downplays the serious dangers its product presents to minor users by "jokingly" referring to unsolicited sexual overtures, grooming, displays of explicit sexual materials, abuse, exploitation, and blackmail as "the wild side" and "a jungle." Presenting these less-safe options to minors and without verification of parental consent (for minor users) is a product defect and/or inherently dangerous because Discord is attempting to contract with minors without warning to minor parents and in a manner that poses significant risk to a significant number of its minor users.

35. Discord's Safe Direct Messaging product also is defective and/or does not operate as promised and as reasonably understood by Discord's minor users. This product does not operate as promised and as reasonably understood by Discord's minor (and even adult) users and creates

a false sense of safety that results in direct harm to a significant number of Discord's minor users. A reasonable person reviewing Discord's description of its "Safe Direct Messaging" feature reasonably would understand that Discord was representing it would keep them "safe" from harmful interactions and predatory users, including by monitoring and saving conversations had via Discord's social media product and as long as the user selects the "Keep me safe" option. Discord's product feature does nothing of the sort, however. On information and belief, at best, Discord scans image files for malware and similar issues. As such, users (especially minor users) are lulled into a false and dangerous sense of security while using the product.

36. Discord's product is defective as its "Safe Direct Messaging" feature does not actually keep minor Discord users safe and is deceptive and misleading and inherently dangerous for minor Discord users because it creates a false sense of security and encourages them to use the Discord product under the false belief that it is safe for children.

37. Discord's product also is defective and unreasonably unsafe for minor users, like Plaintiff, because it has no effective parental controls. Children are able to and do routinely use Discord despite being 13 or younger and despite having no verified parental consent to use the product, let alone to be placed at risk of trauma, abuse, and exploitation through use of the product exactly in the manner and for the purpose for which Discord designed the product.

38. Discord's product also is defective for failure to provide any effective warnings to minor users, let alone their parents, of the known risk of harm from the abuse and sexual exploitation when children use the product.

D. **Additional, Plaintiff-Specific Allegations**

39. When B.G. was 9 he got an Xbox. His mother monitored the console and only allowed him to play what appeared to be age-appropriate games.

40. Toward the end of that year, she allowed him to start playing Roblox. She looked into the game and everything she saw, including and especially Roblox's own advertising and representations, suggested that it was a safe and age-appropriate game for children under 13 and as young as her son was at that time.

41. Roblox provided no parental warnings about its features that would allow adult users to message Plaintiff directly, as opposed to chatting in a group setting. Plaintiff thought her

child would be playing with other children, and that Roblox was a children's game with moderators and other safeguards in place to protect the kids who played. She would never have allowed her child to play Roblox had she known the truth.

42. Unbeknownst to Plaintiff, B.G. was "befriended" on the Roblox game by multiple predatory adults. Because of his age and particular vulnerabilities, he was preyed upon by these adults who were, in turn, enabled and even encouraged by Roblox's design features and the trust Roblox instilled in parents and children as the result of its material misrepresentations about its product and product safety.

43. Those predators encouraged and taught B.G. how to move their conversations from Roblox to Discord, which he did when he was nine or ten years old. B.G. opened a Discord account, which he was able to do as the result of Discord's defective and/or inherently dangerous features and despite the fact that he was underage.

44. Discord was well aware that adult users used the product for abuse and exploitation, including of minor users. The Discord product enabled, facilitated, and effectively encouraged these acts, including by allowing fake usernames, by allowing users to create accounts without verifying age or identity (or, in the case of minors, parental consent), by allowing them to change usernames and other information without issue, and by representing to minor uses that Discord would keep them safe when messaging strangers on its product – which it did not do.

45. B.G. also began using the YouTube platform around the age of 9, without her mother's consent. These Defendants all design and distribute their products in a manner intended to ensure access to minors irrespective of parental knowledge or consent.

46. In March of 2020, B.G. was hospitalized for depression, anxiety, suicidal ideation, and attempted suicide. These were mental health harms he did not suffer prior to when his use of Defendants' platforms began.

47. Nor could his mother prevent her underage child from continuing to access these products. She took away game consoles and other electronic devices, only to find out from time to time that he was able to access Defendants' platforms from his school Chrome Book and friends' devices while at school. Defendants know or have reason to know that B.G. is a minor, and lacks parental consent, and continue to distribute their products to him anyway.

48. B.G.'s use of and developing addiction to YouTube, as well as the harmful dependencies and exploitation facilitated and enabled by the Roblox and Discord products, coincided with a steady and severe decline in B.G.'s mental health.

49. These are harms each of Roblox and Discord knew or should have known were reasonably foreseeable consequences of their defective and/or inherently dangerous products and failure to warn users and parents.

DATED this 17th day of June, 2024.

SOCIAL MEDIA VICTIMS LAW CENTER PLLC

By: */s/ Laura Marquez-Garrett*
    Laura Marquez-Garrett (SBN 221542)

Laura Marquez-Garrett
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862
Facsimile: (206) 957-9549

Attorneys for Plaintiffs